No. 09-11225. Christopher Ysais, Petitioner v. Bill Richardson, et al.

562 U.S. 1087, 131 S. Ct. 692, 178 L. Ed. 2d 522, 2010 U.S. LEXIS 9066.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 868, 131 S. Ct. 163, 178 L. Ed. 2d 97, 2010 U.S. LEXIS 6753.

No. 09-11251. Narayanan Appukkutta, Petitioner v. New York.

562 U.S. 1087, 131 S. Ct. 692, 178 L. Ed. 2d 522, 2010 U.S. LEXIS 9073.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 870, 131 S. Ct. 168, 178 L. Ed. 2d 100, 2010 U.S. LEXIS 6626.

No. 09-11256. Rosemary Dillon, Petitioner v. San Francisco Veterans Administration, Fort Miley Hospital.

562 U.S. 1087, 131 S. Ct. 692, 178 L. Ed. 2d 522, 2010 U.S. LEXIS 9282.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 870, 131 S. Ct. 169, 178 L. Ed. 2d 100, 2010 U.S. LEXIS 6922.

No. 09-11288. Kendrick Jermaine Fulton, aka Ken Fulton, Petitioner v. United States.

562 U.S. 1087, 131 S. Ct. 692, 178 L. Ed. 2d 522, 2010 U.S. LEXIS 9414.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 872, 131 S. Ct. 173, 178 L. Ed. 2d 103, 2010 U.S. LEXIS 6977.

No. 09-11306. Jessie Johnson, Petitioner v. Barack H. Obama, President of the United States.

562 U.S. 1087, 131 S. Ct. 692, 178 L. Ed. 2d 522, 2010 U.S. LEXIS 9439.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 873, 131 S. Ct. 175, 178 L. Ed. 2d 105, 2010 U.S. LEXIS 6743.

No. 09-11336. Suzanne Margaret Basso, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1087, 131 S. Ct. 692, 178 L. Ed. 2d 522, 2010 U.S. LEXIS 9283.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 874, 131 S. Ct. 181, 178 L. Ed. 2d 108, 2010 U.S. LEXIS 6679.

No. 09-11371. William A. Brewer, III, Petitioner v. Virginia.

562 U.S. 1087, 131 S. Ct. 693, 178 L. Ed. 2d 522, 2010 U.S. LEXIS 9260.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 876, 131 S. Ct. 186, 178 L. Ed. 2d 112, 2010 U.S. LEXIS 6663.